THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* EMIL GREEN, Appellant.

(Argued April 30, 1918; decided May 14, 1918.)

APPEAL from a judgment of the Bronx County Court, rendered May 31, 1917, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Hersey Egginton* for appellant.

*Francis Martin, District Attorney (Charles B. McLaughlin* of counsel), for respondent.

Judgment of conviction affirmed under section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.